UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KEVIN M. O'CONNELL,
        Defendant.

WAIVER OF INDICTMENT

1:09-CR-598 (NAM)

*U.S. DISTRICT COURT - N.D. OF N.Y. FILED NOV 19 2009 Lawrence K. Baerman, Clerk - Syracuse*

I, **KEVIN M. O'CONNELL**, the above-named defendant, aided and abetted by others, in the County of Albany in the State and Northern District of New York, and elsewhere, did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, depositing funds in, and withdrawing funds from, various financial institutions, which involved the proceeds of bank fraud (18 U.S.C. § 1344) and false statements on loan applications (18 U.S.C. § 1014), both specified unlawful activities, with the intent to promote the carrying on of these specified unlawful activities, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956 (a)(1)(A)(i), and being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on **November 19, 2009**, prosecution by indictment, and consent that the proceeding may be by Information rather than by indictment.

                                                      _____
                                                      Defendant, Kevin O'Connell

                                                      _____
                                                      Counsel for Defendant, Lee Greenstein, Esq

Before _____
      Hon. Norman A. Mordue
      Chief United States District Court Judge