**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

        Plaintiff,

        v.

Kevin M. O'Connell,

        Defendant.

Criminal No. 1:09-CR-598 (NAM)

## INSTALLMENT PAYMENT ORDER

This matter is before the Court on the motion of the United States for an installment payment order pursuant to 18 U.S.C. §§ 3613 and 3664 and 28 U.S.C. § 3204.  The Court has reviewed the motion and finds as follows:

1. An amended judgment was entered against the Defendant, Kevin M. O'Connell, on February 8, 2013, in the amount of $2,278,584.88.

2. The Defendant is self-employed and based upon the financial information obtained by the United States, the Defendant is able to make payments equal to $750.00 per month, corresponding to 10% of the Defendant's gross income.  Dkt. No. 33 at 6.

3. The installment payments shall be paid beginning the 15th day of the first month preceding this order, and shall be made on or before the 15th of each month thereafter until the balance is paid in full.  Defendant shall submit a quarterly financial statement that summarizes: (1) Defendant's gross income; (2) Defendant's expenses; (3) Defendant's gross wages; and (4) Defendant's disposable earnings, after deductions for income taxes and other deductions required by law.  The quarterly statements shall be sent to the United States Attorney's Office in the months of January, April, July, and October, beginning April 2026.

2

4. All checks or money orders are to be made payable to "Clerk, U.S. District Court." Payments are to be mailed to the United States District Court, 100 South Clinton Street, P.O. Box 7367, Syracuse, New York 13261-7367, unless notified otherwise. The payment should reference Defendant's name and case number.

5. Defendant shall advise the United States of any change in his financial status.

6. The district court shall retain jurisdiction over this case for purposes of enforcing this order.

Dated:  April 1, 2026

**SO ORDERED.**

Anne M. Nardacci
U.S. District Judge